UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SCOTT SHUMAKER and ) | |
| ANGIE SHUMAKER, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-CV-148 |
| ) | Phillips |
| ALLSTATE INSURANCE COMPANY, et al., ) | |
|     Defendants. ) | |

## SHOW CAUSE ORDER

The instant action was filed on April 7, 2010. On April 9, 2010, defendant Allstate Insurance Company filed a motion to dismiss the claims against it for failure to state a cause of action against Allstate. Plaintiffs have failed to respond to Allstate's motion to dismiss. Plaintiffs are **ORDERED** to **SHOW CAUSE** in writing on or before **August 6, 2010,** why Allstate's motion to dismiss should not be granted. Plaintiffs are advised that pursuant to LR 7.2, failure to respond to the motion will be deemed a waiver of any opposition to the relief sought.

**ENTER:**


    s/ Thomas W. Phillips
United States District Judge