UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| SCOTT SHUMAKER and ANGIE SHUMAKER,  Plaintiffs, | ) ) ) ) |
| v. | ) No. 3:10-CV-148 ) Phillips |
| ALLSTATE INSURANCE COMPANY, et al.,  Defendants. | ) ) ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss by defendants Litton Loan Servicing LP, HSBC Bank USA and Allstate Insurance Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED,** for the reasons stated in the court's memorandum opinion, that this action is **DISMISSED WITH PREJUDICE**.

The final pretrial conference scheduled for May 8, 2013 and the trial scheduled for May 14, 2013 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of May, 2011.


                                                       s/ Patricia L. McNutt
                                                      Clerk of Court